```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


LYNDA ALEXANDER,                      )    2:11-cv-00752-ECR-PAL
                                      )
                                      )
            Plaintiff,                )    MINUTES OF THE COURT
                                      )
vs.                                   )    DATE: July 18, 2012
                                      )
                                      )
WAL-MART STORES, INC., et al.,        )
                                      )
                                      )
            Defendants.               )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Judicial Assistant: CANDACE KNAB     Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

It is ordered that this case is referred to Chief Judge Robert C. Jones for reassignment.

                                          LANCE S. WILSON, CLERK

                                          By       /s/
                                                Judicial Assistant