# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LYNDA ALEXANDER, | Case No. 2:11-cv-00752-JCM-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| WALMART STORES, INC., et al., | |
| Defendants. | |

On January 17, 2012, Judge Reed referred this case to the undersigned to determine the admissibility of exhibits listed in the Pretrial Order (Dkt. #27) and to set this case for a settlement conference. *See* Minute Order (Dkt. #26). Pursuant to Judge Reed's Order, the undersigned scheduled a settlement and conducted a pretrial conference on July 17, 2012. *See* Order (Dkt. #36) (granting parties' Stipulation (Dkt. #35) to continue settlement conference until August 8, 2012); *see also* Minutes of Proceedings (Dkt. #41).

On July 18, 2012, Chief Judge Jones entered a Minute Order (Dkt. #42) reassigning this case from District Judge Reed to District Judge Mahan. Judge Mahan's chambers advises that he will address the pending Motions in Limine (Dkt. ##51, 52), Plaintiff's Motion to Strike Defendant's Proposed Exhibit 515 (Dkt. #50), and any other remaining issues regarding admissibility of evidence at trial.

Accordingly,

**IT IS ORDERED**:

1. The continued Pretrial Conference scheduled for **August 3, 2012**, is **VACATED**.

/ / /

/ / /

/ / /

2. The settlement conference remains scheduled **August 8, 2012, at 1:30 p.m.** The parties confidential settlement memoranda shall be continue to be due no later than **4:00 p.m. on August 1, 2012.**

Dated this 30th day of July, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE