# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNDA ALEXANDER, ) | Case No. 2:11-CV-00752-JCM-PAL |
| ) Plaintiff, ) | |
| vs. ) | **ORDER** |
| WAL-MART STORES, INC., ) | |
| ) Defendants. ) | |

Presently before the court is the matter of *Alexander v. Wal-Mart Stores, Inc.* case no. 2:11-cv-00752-JCM-PAL. This case was previously assigned to the Honorable Judge Edward C. Reed, Jr., who had scheduled trial in this matter for August 28, 2012. The matter was recently reassigned to the undersigned.

This court's current trial calendar will not enable it to hear this case on August 28, 2012. Furthermore, this court has several cases that were filed before the instant matter that are scheduled to go to trial during the month of September. The earliest date the court may possibly hear the instant matter, assuming a higher priority trial does not supersede it, is during the October 15, 2012, trial stack.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial currently scheduled to begin August 28, 2012, be, and the same hereby is, vacated and continued to October 15, 2012 at 9:00am in Courtroom 6A.

/ / /

/ / /

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that the calendar call for this trial shall be continued to
2   October 10, 2012 at 1:30pm in Courtroom 6A.
3   DATED this 10TH day of August, 2012.

James C. Mahan
UNITED STATES DISTRICT JUDGE