1
2
3
4
5                       UNITED STATES DISTRICT COURT
6                              DISTRICT OF NEVADA
7
8   LYNDA ALEXANDER,                           2:11-CV-752 JCM (PAL)
9               Plaintiff(s),
10  v.
11  WAL-MART STORES, INC.,
12              Defendant(s).
13
14                                    **ORDER**

15      Presently before the court is defendant Wal-Mart's emergency motion to continue trial. (Doc.
16  # 77).
17      This case was originally scheduled for trial on August 28, 2012, on the docket of the
18  Honorable Edward C. Reed. This court ordered the trial moved to October 15, 2012, when the case
19  was reassigned to this court.
20      Defendant seeks to continue the trial date, currently set for October 15, 2012, to a later date.
21  Defendant contends that the October 15, 2012, trial date conflicts with a trial defendant's counsel
22  previously had scheduled in another court set to begin on October 18, 2012. The parties anticipate
23  this trial will take four to five days to complete and therefore a conflict exists between defendant's
24  counsel trial dates. Defendant represents that plaintiff was not amenable to a stipulated agreement
25  to continue the trial at a later date unless defendant made certain express reservations. Additionally,
26  defendant claims that this is the first request to continue the trial date.
27      . . .
28

**James C. Mahan**
**U.S. District Judge**

Pursuant to local rules 6-1 and 26-4, a trial court may grant a motion to continue a trial date if good cause exists. "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (internal quotation marks omitted).

Counsel's conflict with another scheduled trial, a trial date that was scheduled before this court scheduled the instant trial, represents good cause.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's motion to continue trial (doc. # 77) be, and the same hereby is, GRANTED. Trial of this case is scheduled for **Monday, December 3, 2012, at the hour of 9:00 a.m.** Calendar call is scheduled for **Wednesday, November 28, 2012, at the hour of 1:30 p.m.**

DATED September 12, 2012.

*[signature: James C. Mahan]*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -