# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LYNDA ALEXANDER,

    Plaintiff(s),

v.

WAL-MART STORES, INC.,

    Defendant(s).

2:11-CV-752 JCM (PAL)

## ORDER

Presently before the court is plaintiff's motion for a pre-trial conference. (Doc. # 114). Additionally, defendant has sent three faxes to the court over the same subject matter. Plaintiff has also sent a letter to the court concerning the same subject matter.

On February 20, 2013, at the most recent calendar call in this case, the court informed the parties that their case would not go to trial. A criminal case took priority over this case. At calendar call, the parties could not agree to a new trial stack. Each side has accused the other of misrepresenting conflicts and obligations regarding their availability for upcoming trial stacks. To succinctly summarize, the court finds the parties' accusations against the other untrue. The court finds that the parties have not misrepresented their own obligations and scheduling conflicts.

The parties are ordered to confer in good faith to find mutually agreeable future trial dates. The parties are ordered to submit a stipulation containing three available dates by Friday, March 8, 2013. If the parties fail to agree to future trial dates by Friday, March 8, 2013, then the court will place this case on a trial stack amenable to its own schedule.

**James C. Mahan**
**U.S. District Judge**

James C. Mahan
U.S. District Judge

1   The parties are further reminded that the appropriate way to communicate with the court is
2   via a motion. However, motions seeking attorney fees resulting from this scheduling dispute will
3   not be entertained.
4       Accordingly,
5       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for a
6   pre-trial conference (doc. # 114) be, and the same hereby, is DENIED.
7       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the parties must confer
8   in good faith to find three mutually agreeable trial dates and file a stipulation with the agreed upon
9   dates no later than March 8, 2013.
10      DATED March 1, 2013.

_____
UNITED STATES DISTRICT JUDGE

- 2 -