**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LYNDA ALEXANDER,

        Plaintiff(s),

v.

WAL-MART STORES, INC.,

        Defendant(s).

2:11-CV-752 JCM (PAL)

**ORDER**

Presently before the court are nine total motions *in limine*. Defendant has three pending (doc. ## 120, 121, 122) and plaintiff has six, all of which are contained in one filing (doc. # 144).

The matter was set for trial beginning April 14, 2014. On April 10, 2014, a notice of settlement was filed and the trial was thereafter vacated.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' motions *in limine* (docs. # 120, 121, 122, 144) be, and the same hereby are, DENIED as moot.

DATED April 17, 2014.

                              /s/ James C. Mahan
                              UNITED STATES DISTRICT JUDGE