1  A. J. SHARP, ESQ.
Nevada Bar No. 11457
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
6

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

| | |
|---|---|
| 9  LYNDA ALEXANDER,<br>10              Plaintiff,<br>11  v.<br>12  WAL-MART STORES, INC., a Delaware<br>Corporation dba WAL-MART STORE #1838;<br>13  ROE CORPORATIONS I through X, inclusive,<br>14              Defendants. | Case No: 2:11-cv-00752-JCM-PAL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE AND**<br>**FOR WITHDRAWAL OF ALL PENDING**<br>**MOTIONS** |

15  IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

party's own costs and attorney's fees.  In addition, the parties hereby stipulate and agree that each and every pending Motion in this matter is hereby withdrawn by the respective moving party.

DATED this 22nd day of April, 2014.       DATED this 22nd day of April, 2014.

**PARKER SCHEER LAGOMARSINO**           **PHILLIPS, SPALLAS & ANGSTADT**

_____           _____
Andre M. Lagomarsino, Esq.              A. J. Sharp, Esq.
9555 South Eastern Avenue, Suite 210    504 South Ninth Street
Las Vegas, Nevada 89123                 Las Vegas, Nevada 89101
*Attorneys for Plaintiff*               *Attorneys for Defendant*
*Lynda Alexander*                       *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees, and that each and every pending Motion be withdrawn by the respective moving party.

DATED April 24, 2014.

_____
UNITED STATES DISTRICT JUDGE